**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JOSEPH N. PIETRONIRO,**<br><br>**Defendant.** | **PO-22-5134-GF-JTJ**<br>**PO-22-5145-GF-JTJ**<br><br>**VIOLATION:**<br>**9711916**<br>**E1384393**<br>**E1384282**<br>**Location Code: M13**<br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $85 fine and $30 processing fee for violation E1384282 (for a total of $115), and for good cause shown, **IT IS ORDERED** that the $115 fine paid by the defendant is accepted as a full adjudication of violation E1384282.

**IT IS ALSO ORDERED** that violations 9711916 and E1384393 are **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for September 30, 2022, is **VACATED**.

DATED this 28th day of September, 2022.

_____
John Johnston
United States Magistrate Judge